JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN TEXTILE, INC., a California Corporation;<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FASHION AVENUE KNITS, INC., a New York Corporation; WAL-MART STORES, INC., a Delaware Corporation; WHITE STAG MANUFACTURING CO., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-06786-MWF-KS<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the stipulation of the Parties, the Court hereby orders that the |
| 3 | above-captioned matter is dismissed in its entirety with prejudice, each side to bear |
| 4 | its own costs and attorneys' fees. |
| 5 | **IT IS SO ORDERED.** |

Dated: March 8, 2018

*/s/ Michael W. Fitzgerald*

HON. MICHAEL W. FITZGERALD
United States District Court Judge